IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY PAYNE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT WYNDER, et al. | : | NO. 04-4141 |

**O R D E R**

AND NOW, this 23rd day of August, 2005, upon careful and independent consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United states Magistrate Judge Peter B. Scuderi, and any objections thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C.§ 2254, is DENIED; and

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/
LEGROME D. DAVIS, J.